**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALCOF III NUBT, L.P., ALTA FUNDAMENTAL ADVISERS LLC, on behalf of funds it manages, BLACKCOMB DEBT HOLDINGS, L.P., CTC ALTERNATIVE STRATEGIES, LTD, SCULPTOR SPECIAL MASTER FUND, LTD, SCULPTOR DOMESTIC PARTNERS II, LP, SCULPTOR TACTICAL CREDIT FUND, LP, ALF II, LLC, ALF III, LLC, ALF IV, LLC, TBK BANK, SSB, TRANSAMERICA LIFE INSURANCE COMPANY, VENTURE 28A CLO, LIMITED, VENTURE XXX CLO, LIMITED, VENTURE 31 CLO, LIMITED, VENTURE 32 CLO, LIMITED, VENTURE 33 CLO, LIMITED, VENTURE 36 CLO, LIMITED, VENTURE XV CLO, LIMITED, VENTURE XIX CLO, LIMITED, VENTURE XXII CLO, LIMITED, and VENTURE XXIII CLO, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES M. CHIRICO, JR. and KIERAN MCGRATH,<br><br>Defendants. | No. 1:24-cv-09692 |

**<u>PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT</u>**

**<u>Part I</u>**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(1), Plaintiffs, by and through the undersigned counsel, certify the following:

1. Plaintiff ALCOF III NUBT, L.P., a private non-governmental party, has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

2. Plaintiff Alta Fundamental Advisers LLC, a private non-governmental party, has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

3. Plaintiff Blackcomb Debt Holdings, L.P., a private non-governmental party, has no parent corporation and no publicly-held corporation owns 10% or more of its stock. Blackcomb Debt Holdings, L.P. is managed by a subsidiary of Apollo Global Management, Inc., a publicly traded company.

4. Plaintiff CTC Alternative Strategies, Ltd., a private non-governmental party, is a wholly owned subsidiary of CTC Trading Group, LLC.

5. Plaintiff Sculptor Special Master Fund, Ltd., a private non-governmental party, has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

6. Plaintiff Sculptor Domestic Partners II, LP, a private non-governmental party, has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

7. Plaintiff ALF II, LLC, a private non-governmental party, has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

8. Plaintiff ALF III, LLC, a private non-governmental party, has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

9. Plaintiff Sculptor Tactical Credit Fund, LP, a private non-governmental party, has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

10. Plaintiff ALF IV, LLC, a private non-governmental party, has no parent corporation and no publicly-held corporation owns 10% or more of its stock.

11. Plaintiff TBK Bank, SSB, a private non-governmental party, is a wholly owned subsidiary of Triumph Financial, Inc., a publicly traded company.

12. Plaintiff Transamerica Life Insurance Company, a private non-governmental party, is a wholly owned subsidiary of Aegon Ltd., a publicly traded company.

13. The following Plaintiffs, which are private non-governmental parties, have no parent corporation and no publicly-held corporation owns 10% or more of their stock: Venture 28A CLO, Limited; Venture 31 CLO, Limited; Venture 32 CLO, Limited; Venture 33 CLO, Limited; Venture 36 CLO, Limited; Venture XV CLO, Limited; Venture XIX CLO, Limited; Venture XXII CLO, Limited; Venture XXIII CLO, Limited; and Venture XXX CLO, Limited.

**Part II**

Pursuant to Federal Rule of Civil Procedure 7.1(a)(2), as jurisdiction in this case is based on diversity under 28 U.S.C. § 1332(a), Plaintiffs, by and through the undersigned counsel, certify the following:

1. Plaintiff Blackcomb Debt Holdings, L.P. ("Blackcomb") is a Delaware limited partnership. One of the limited partners of Blackcomb is Apollo Investment Fund X, L.P. The general partner of Apollo Investment Fund X, L.P is Apollo Advisors X, L.P. One of the limited partners in Apollo Advisors X, L.P. is a private individual who is domiciled in Connecticut and, therefore, a Connecticut citizen. Thus, for diversity purposes, Plaintiff Blackcomb is a citizen of Connecticut.

2. Plaintiff Sculptor Domestic Partners II, LP ("Sculptor") is a Delaware limited partnership. One of Sculptor's limited partners is Sculptor Capital LP. One of the limited partners of Sculptor Capital LP is Calder Holdco I, LP. One of the limited partners of Calder Holdco I, LP. is a private individual who is domiciled in Connecticut and, therefore, a Connecticut citizen. Another one of the limited partners of Calder Holdco I, LP. is a private individual who is domiciled in Connecticut and, therefore, a Connecticut citizen. Thus, for diversity purposes, Plaintiff Sculptor is a citizen of Connecticut.

Dated: New York, New York
January 7, 2025

GLENN AGRE BERGMAN & FUENTES LLP

By: /s/ *Andrew K. Glenn*

Andrew K. Glenn
Trevor J. Welch
Marissa E. Miller
George L. Santiago
Eric J. Carlson

1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
T: 212-970-1600
aglenn@glennagre.com
twelch@glennagre.com
mmiller@glennagre.com
gsantiago@glennagre.com
ecarlson@glennagre.com

*Attorneys for Plaintiffs*