**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ALCOF III NUBT, L.P., ALTA FUNDAMENTAL ADVISERS LLC, on behalf of funds it manages, BLACKCOMB DEBT HOLDINGS, L.P., CTC ALTERNATIVE STRATEGIES, LTD, SCULPTOR SPECIAL MASTER FUND, LTD, SCULPTOR DOMESTIC PARTNERS II, LP, SCULPTOR TACTICAL CREDIT FUND, LP, ALF II, LLC, ALF III, LLC, ALF IV, LLC, TBK BANK, SSB, TRANSAMERICA LIFE INSURANCE COMPANY, VENTURE 28A CLO, LIMITED, VENTURE XXX CLO, LIMITED, VENTURE 31 CLO, LIMITED, VENTURE 32 CLO, LIMITED, VENTURE 33 CLO, LIMITED, VENTURE 36 CLO, LIMITED, VENTURE XV CLO, LIMITED, VENTURE XIX CLO, LIMITED, VENTURE XXII CLO, LIMITED, and VENTURE XXIII CLO, LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>JAMES M. CHIRICO, JR. and KIERAN MCGRATH,<br><br>Defendants. | No. 1:24-cv-09692 |

**NOTICE OF PLAINTIFFS' MOTION TO REMAND TO STATE COURT AND FOR AN AWARD OF COSTS AND ATTORNEYS' FEES**

PLEASE TAKE NOTICE that Plaintiffs in the above-captioned action, by and through their counsel, will move the Court, at a date and time to be determined by this Court, for an order pursuant to 28 U.S.C. § 1447(c) remanding this action to the Supreme Court of the State of New York, New York County, on the grounds that this Court lacks subject matter jurisdiction under 28 U.S.C. § 1332. This Motion is based upon: (i) the Memorandum of Law in Support of Plaintiffs' Motion to Remand; (ii) the Declaration of Colleen Kilfoyle in Support of Plaintiffs'

Motion to Remand; (iii) the Declaration of Brian Carney in Support of Plaintiffs' Motion to Remand; (iv) the Declaration of Andrew K. Glenn in Support of Plaintiffs' Motion to Remand and the exhibits attached thereto; (v) the Declaration of George L. Santiago in Support of Plaintiffs' Motion to Remand and the exhibits attached thereto; and (vi) such other evidence and argument as the Court may consider.

Dated: New York, New York
January 7, 2025

GLENN AGRE BERGMAN & FUENTES LLP

By: /s/ *Andrew K. Glenn*

Andrew K. Glenn
Trevor J. Welch
Marissa E. Miller
George L. Santiago
Eric J. Carlson

1185 Avenue of the Americas, 22nd Floor
New York, New York 10036
T: 212-970-1600
aglenn@glennagre.com
twelch@glennagre.com
mmiller@glennagre.com
gsantiago@glennagre.com
ecarlson@glennagre.com

*Attorneys for Plaintiffs*