KELLOGG, HANSEN, TODD, FIGEL & FREDERICK, P.L.L.C.
SUMNER SQUARE
1615 M STREET, N.W.
SUITE 400
WASHINGTON, D.C. 20036-3215

(202) 326-7900
FACSIMILE:
(202) 326-7999

September 17, 2026

***Via ECF***

The Honorable Paul G. Gardephe
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Room 2104
New York, New York 10007

Re: *ALCOF III NUBT, L.P., et al. v. Chirico, et al., No. 1:24-cv-09692-PGG (S.D.N.Y.)*

Dear Judge Gardephe:

We write on behalf of Defendants James M. Chirico Jr. and Kieran J. McGrath, pursuant to this Court's Individual Rule of Practice I.D, with respect to the schedule for briefing a motion to dismiss in the above-captioned case.

On December 17, 2024, Mr. McGrath removed this case from the Supreme Court of the State of New York. The case was assigned to Your Honor as a related case to *Jiang v. Chirico*, No. 1:23-cv-01258-PGG (S.D.N.Y), which had been filed on February 14, 2023. On December 23, 2024, the Court granted Mr. McGrath's request to extend the deadline to file a motion to dismiss until "30 days after the Court resolves the pending motions to dismiss" in *Jiang*. *See* ECF Nos. 10, 11. On September 1, 2026, the Court dismissed the *Jiang* complaint and ordered "[a]ny motion for leave to amend . . . to be filed by September 30, 2026." *Jiang*, ECF No. 140, at 81. Given the Court's order allowing the *Jiang* plaintiff to seek leave to amend, it is unclear whether the Court's September 1, 2026 order fully resolved the "pending motions to dismiss." *See* ECF Nos. 10, 11.

Messrs. Chirico and McGrath respectfully request that, in the interest of judicial economy and efficiency, the Court extend the deadline to file a motion to dismiss in *ALCOF* until either: (i) thirty (30) days after the Court's resolution of any motion for leave to amend or, in the event that leave is granted, the Court's resolution of any subsequent motion to dismiss in *Jiang*; or (ii) in the event the *Jiang* plaintiff elects not to seek leave to amend his complaint, November 2, 2026. Plaintiffs agree to an extension of deadline to November 2, 2026 but otherwise oppose this request. This is Messrs. Chirico and McGrath's second request for an extension.

The claims in *ALCOF*, as in *Jiang*, arise from allegations that Messrs. Chirico and McGrath made false and misleading statements about Avaya, Inc.'s financial condition in or around May 2022. ECF No. 10 at 1. The *Jiang* complaint expressly incorporated allegations from the *ALCOF* complaint. *See Jiang*, ECF No. 93, ¶ 62 & n. 59, ¶¶ 73-76 & nn. 75-77, 80. The requested extension will also enable the *ALCOF* parties to address the Court's disposition of any motion for leave to amend in *Jiang*, which we believe would be relevant to the Court's evaluation of the similar factual allegations in *ALCOF*.

Respectfully submitted,

IZOWER LEFTON, LLP

/s/ *Ronald D. Lefton*
Ronald D. Lefton
Rachel L. Izower-Fadde
1325 Franklin Avenue, Suite 255
Garden City, NY 11530
(646) 448-9011
leftonr@izowerlefton.com
rizower@izowerlefton.com

Thomas O. Gorman
513 G Street, N.E.
Washington, D.C. 20002
(301) 602-9988
tomgorman14@gmail.com

*Attorneys for Defendant-Appellant James M. Chirico, Jr.*

KELLOGG, HANSEN, TODD,
FIGEL & FREDERICK P.L.L.C.

/s/ *Reid M. Figel*
Reid M. Figel
Minsuk Han
Christopher Goodnow
Sumner Square
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
(202) 326-7900
rfigel@kellogghansen.com
mhan@kellogghansen.com
cgoodnow@kellogghansen.com

SHER TREMONTE LLP

Douglas R. Jensen
90 Broad Street
New York, NY 10004
(212) 300-7504
djensen@shertremonte.com

*Attorneys for Defendant Kieran J. McGrath*

cc: All Counsel of Record (Via CM/ECF)